## Katherine Louks, Plaintiff-Appellant, v. Benjamin Louks, Defendant-Appellee.

### Gen. No. 10,519.

185

Charles A. Darling, for appellant; J. Robert Murphy, for appellee. Opinion by JUSTICE ANDERSON. Not to be published in full. Opinion filed December 5, 1951; released for publication December 26, 1951.